CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 19 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

Oct 17, 2005

7:05-CV-00648

ON October 13, 2005 Again i was slamm to the ground inside me cell Beating me in my side and choking me around my Neck c/o Blankes-Ship R. Counts Beating me in my ribs and side and kick me c/o R Counts AND Threatened me with bodily harm and i was Physically Assault me verbally, harassed me and did Bodily harm to me And Beating me and i was HandCuffed, shackles on my ANkle legs irons & Serious Physical harm by them some Prisonguards That is on my Civil case i have in court Now Names are c/o J Blanker Ship c/o R. Counts and damages And Throan my important paper get missing out of my cell By c/o J Blankership, c/o R Counts, Sgt fleming one c/o sgt Blevnis and sgt fleming Confiscation some more of my Property Sgt L. fleming my pair of my eveglasses, my finger brace and Now my hands are swelling up and i was being Cruel and unusual Punishmen by them some sgts and Prisonguards c/o R. Counts, c/o J. Blanker-ship, Sgt L. fleming, Sgt Blevnis all of this happening inside my Cell is where i was being beating before they Sgts Come over here at all i was being beating and Nurse Refuse to give me the medical Treatment That i need they Nurse That was on that day because she did No when to loss her Job because of Sgt fleming that is doing all of that and i do wish two press charges on them prison guards, Sgts here is the Name of the rest of them guard That is doing Cruel and unusual Punishment to me Name are C.J. Lyall, C/O. Counts, Major D. Baker, J. Blankership, C/O N. Barnham, C/O Brand Ley, R. Boyd, c/o fleming Sgt L. fleming and Capt N.A Taylor, c/o fields and Refuse to feed me on

Seulear ___ occasions
them same Prisonguards                    over

**RECEIVED**

OCT 19 2005

USDC Clerk's Office
Mail Room

Against Resp
Complaint on them some guards
here at Resp, Staff

I am Still being beating by them some Prisonguards here at Resp. and Cruel and unusual Punishment they Staff, Polices here a Resp that is doing all of that Takeing revenge on me. Them Prisonguards and i am Still being Refuse of Medical Treatment and Health and Still Trying to Stop my Mail from going out of this Prison here and inference with my Mail.

Chief

So can you Please give this two the Judges for me. mr. John f corcoran or mr. morgan E. Scott Jr.

Chief Deputy clerks office        Thankyou!
United State District Court House
Western District of VA
Po Box 1234
RoaNoke Virginia 24006

P.s. Please write me Let me what is happening in some of my case its been over and some months 5 Years on one of my Cases and can you see what is happening about The Tort Claims Act that courts has Not give me a Lawyer as of yet as i No of.

VIRGINIA DEPARTMENT OF CORRECTIONS
RED ONION STATE PRISON
Inmate Request For Information

658-05

# INMATE REQUEST FOR INFORMATION

**STRUCTIONS FOR FILING:** If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form.
s form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the
ropriate department.

**ease fill out form & send to (please check one below) and place in the institutional mail:**

- ☐ Warden
- ☐ Assistant Warden
- ☑ Major (security)
- ☐ Treatment
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control

- ☐ DCE
- ☐ Mental Health
- ☐ Medical
- ☐ Food Service
- ☐ Volunteer Coordinator
- ☐ Recreation Supervisor
- ☐ Inmate Records

- ☐ Mailroom
- ☐ Inmate Grievance Office
- ☐ Tailor Shop
- ☐ Shoe Shop
- ☐ Buildings & Grounds
- ☐ Other_____

| Bradley | J | 239850 | D1 | 107 |
|---|---|---|---|---|
| **Inmate's Last Name** | **First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:** _and Complaint_

ON 19.15 2005 Sept
ON 19.15.2005 C/O.R.Boyd was Playing around with my food that I have to
eat. And cra deprived me out of drinks. food on several occasions
Sgt Flemins had to service me food today on 18.2005 and seen what C/O Boyd
and Refused me this is Not the first time this been Happening on Several
Occasions C/O R.Boyd And other Cp workers Refuse me to feed me
on Several occasions and Sgt Flemins gave me often Cup of Juice
that C/O R.Boyd Refused me of drinks and food And Playing
around with my food And I do have witnesses. that No about th
that important matter in D building on C/O.R.Boyd and make Complaint
is on C/O R.Boyd Refuse and deprive me out of drinks and feature
eat on Several Occasions
Someting Need to be done about that important matter and I do have
witnesses to Sgt Fleming Service the Evening meal. seen what had Happening
Today on Sept 15, 2005

**Inmate's Signature:** _____ **Date:** _____

**STAFF RESPONSE:** I have spoke with Officer Boyd concerning your
allegations. Officer Boyd, as well as the other officers that work around
you, state that you receive everything according to the menu. I saw no
problems with the feeding that was conducted on 9-15-05

**Respondent's Signature:** _____ **Date:** 9-20-05

<u>NOTIFICATION OF CONFISCATION OF PROPERTY</u>

Inmate Name: _J Bowler_          Number: _237850_

Institution: _ROSP_          Date: _10-13-05_

This is to notify you that the below listed personal property is
contraband/unauthorized for possession by you and is subject to
confiscation by the facility.  You may appeal through the Inmate
Grievance Procedure.  If you choose to appeal, you must submit
your appeal within five (5) working days of receipt of this
notice.  You must provide staff with evidence of your ownership of
any items you claim should not be confiscated. List item(s):

_1- pair of eyeglasses  (excess)_

_1- finger brace  (No longer needed per Medical. No longer_
_wears this device)_

I have received a copy of this notice of confiscation and my right
to appeal.

Inmate's Signature: _Refused to Sign_

Staff Witness: _S. R. Hern_          Date: _10-13-05_
2nd Staff Witness, if inmate refuses to sign: _____

========================================================================

        ITEMS FOR WHICH THE INMATE HAS ESTABLISHED OWNERSHIP
          (List items on back and attach any documentation)
Those items authorized for possession by the inmate should be
returned to him.  The inmate should be given a "Property
Disposition Form" (Attachment G) to complete for those items for
which ownership has been established but which the inmate is not
authorized to have in his possession.  The inmate must return
Property Disposition Form within 5 days.  If the inmate fails to
complete and return Property Disposition Form within 5 days, the
property will be confiscated and disposed of by the facility.
Date Property Disposition Form given to inmate: _____
Property Officer/Staff Signature: _____

========================================================================

       ITEMS FOR WHICH THE INMATE HAS NOT ESTABLISHED OWNERSHIP
          OR DID NOT APPEAL CONFISCATION WITHIN TIME LIMITS
             OR REFUSED TO DESIGNATE A METHOD OF DISPOSAL
These items have been confiscated and disposed of as follows –
indicate item(s), method and date of disposal:


_____     _____     _____
Printed Name          Signature of Property Officer or     Date
                      Staff Disposing of Property

Distribution: ICR, inmate, property officer

Cpt. D.A. ⟋ᵛ⟋

CPT D.A. TAYLOR

10/13/05

Capt.

X

S. Smooth

10/14/05

## NOTICE OF HEARING DATE/POSTPONEMENT/CONTINUANCE

Inmate Name: J. Bowles  Number: 207350  Housing Unit B-102

Offense Code: 105-A  Offense Title: Simple assault upon a non-inmate

Offense Date: 1/13/05  Reporting Officer: C/O Blankenship

---

### PART I – NOTICE OF HEARING DATE

This notice should be served at least 24-hours prior to the hearing date.

This is to inform you that your Disciplinary Hearing for the above listed offense has been scheduled for:

Date: 10/20/05  Time: a.m./p.m.

---

### PART II – NOTICE OF POSTPONEMENT. (revised hearing date)

This is to inform you that your Disciplinary Hearing for the above listed offense has been rescheduled for: (The hearing is still within the authorized timeframe.)

Date:  Time: N/A a.m./p.m.

---

### PART III – NOTICE OF AUTHORIZED CONTINUANCE.

This is to inform you that your Disciplinary Hearing for the above listed offense has been rescheduled for:

Date:  Time: a.m./p.m.

☐  The Reporting Officer, voluntary staff advisor, or witnesses are off duty or away from the institution on the date of the hearing.

☐  The unavailability of the accused inmate due to medical condition, hospitalization or temporary transfer to another location for medical purposes, court appearances, or other reasons.

☐  Awaiting the results of blood tests or other laboratory tests.

☐  Unavailability of staff due to escape, disturbance, or natural disaster.

☐  Prolonged absence of Reporting Officer due to illness, temporary leave of absence, mandatory training or military leave.

☐  In the case of the escape of the accused inmate.

☐  Awaiting the outcome of criminal charges as a result of this offense.

☐  Per written authorization of the Deputy Director

Inmate's Signature: _____  Date: 10-14-05

Notice Served By: _Carol Baker_  Date: 10-14-05  Time: 2:__ a.m./p.m.

Original to Inmate Hearings Officer – Copy to Inmate

*This come back to me on sue back again*

CNN
CAR

B 102

*July 12, 2005*

**Implementation Memorandum for DOP 866 - Inmate Grievance Procedure**
**Effective Date: January 1, 2005**

Date Received: _10/3/05_          Referred to: _Security_
Response Due: _10/18/05_          Tracking Log #: _6079_

## RED ONION STATE PRISON
### Informal Complaint Form

Inmate Name: _Bowles , J_          Number: _237856_          Housing: _B1_

**Directions:** Fill out the form completely and legibly and send to the Grievance Office for processing. **(Do not separate the forms).** Only one (1) topic or subject per complaint and please be clear and concise. Allow staff 15 calendar days following receipt to respond. This form must be used prior to filing a Regular Inmate Grievance. This process is not applicable to the routing of emergency grievances and/or the utilization of the grievance procedure in the routing of appeals, i.e. classification, personal property issues, in accordance with DOP 821 and 856. Once the Informal Complaint is received, all other forms on the same issue are invalid. **If a response to your concern is not received within fifteen (15) calendar days, you may utilize the Inmate Grievance Procedure.**

**Section I:** Explain the nature of your complaint in this section only - **No Attachments**

On July 11, 2005 C/o J Blankenship, C/o N. Barnham Threatening me bodily harm going over to Medical Care. And said fox me Attempted tw Pick me up and throw me to me ground And tw me that he will have C/o's Cox, me pestd his officer to come a kick me in my Head face After he slamm me tw me ground C/o J. Blankenship and his C/o worken as he said, tw me me, physical, Attempted twe kill me Again by given me some bad fud tw Eat And Refuse tw Replace it Attempted tw fud Prison me Again this is not they first time this happening on Several occasions. Racil Slars tw wardme.

usins Not only me but other inmates
they prisong clards

Inmate Signature: _J.B_          Date: _July 12, 2005_

**Section II:** Staff Response

Mr. Bowles, I have gave you at your cell on several occasions covered complaints of this nature. I have not observed any of the staff members threaten you. I have had several persons at times tell to they and review these issues. You always become belligerent and cuss the officer. When review your food tray cover very. But it is delivered to the facility. No one in nursing tend your food - offer are no large with the open building.

Staff Signature: _[signature]_          Date: _10-7-05_

**WHITE: INMATE'S COPY WITH RESPONSE**          **PINK: GRIEVANCE OFFICE COPY**
**CANARY: RESPONDENT'S COPY**          **GOLD: INMATE'S RECEIPT**

# REGULAR GRIEVANCE FORM

B102

Log Number _____

| Bowles , J | 257850 | B1 | 102 |
|---|---|---|---|
| **Last Name**           **First** | **Number** | **Building** | **Cell Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: who did you see, when did you see them, what was done OR attach informal complaint if implementation Memorandum requires such). _____

On July 11, 2005 c/o J. Blankenship, CO N. Barnham Threatening me bodily harm going over to to medical care And Said two me, Attempted two Pick me up and Throw me to the ground And Said to that he will have c/o Box one rest of his officers to come, kick me in my Head, face At henm Slamm me two the ground c/o J Blankenship and his co-worker as he Said two me, Physically Attempted two kill me Again by give me Some bad food two Eat And Refuse two Replace it Attempted two food Poison me Again this is Not they first time this happening on Several occasions, Racial Slars toward me using Not only to me but other prisoners two by the prison guards

**What action do you want taken?** _____

_____

_____

_____

_____

**Grievant's Signature:** J. Bowles          **Date:** Oct 17, 2005

**Warden/Superintendent's Office:** _____

**Date Received:** _____

Case 7:05-cv-00648-JCT-mfu   Document 1   Filed 10/19/05   Page 9 of 13   Pageid#: 9

**INSTRUCTIONS FOR FILING**: You are required per Division Operating Procedure 866 "Inmate Grievance Procedure" to attempt to resolve your complaint in good faith prior to filing a regular grievance. The institutional Implementation Memorandum 866 details the informal process to use. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | |
|---|---|
| **INTAKE:** | Grievances should be accepted for logging unless returned for the following reason(s): |
| | Non-Grievable. This issue has been defined as non-grievable in accordance with Division Operating Procedure 866. |
| | _____  Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provision in Division Operating Procedure 861, "Inmate Discipline". |
| | _____  Matters beyond the control of the Department of Corrections |
| | Does not affect you personally |
| | Limited. You have been limited by the Warden/Superintendent |
| | More than one issue – resubmit with only one issue |
| ✓ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of an occurrence/incident except in instances: 1) beyond the inmate's control or, 2) where a more restrictive time frame has been established in Division procedures to prevent loss of remedy or the issue from becoming moot. |
| | Repetitive. This issue has been grieved previously in grievance # |
| | Inquiry on behalf of other inmates. |
| | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH THE PROVISIONS IN DIVISION OPERATING PROCEDURE 861 "INMATE DISCIPLINE" |
| | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint in accordance with the Implementation Memorandum |
| | Request for services |
| | Insufficient Information. You need to provide the following information to the Grievance Office before the grievance can be processed: |
| | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *R. Mullins*   Date: *10/14/05*

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

| | |
|---|---|
| Regional Review of Intake (within 5 working days of receipt) | |
| | The intake decision is being upheld in accordance with the criteria in Division Operating Procedure 866 "Inmate Grievance Procedure". |
| | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| | The grievances meet the criteria for intake and are being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____   Date: _____

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Inmate Signature: _____   Date: _____

Staff Witness: _____   Date: _____

Revision Da__
9/1/20__

B/02

## INSTITUTIONAL CLASSIFICATION AUTHORITY HEARING FORM

Inmate Name _Bowler, Joseph_  Number _237850_ Institution _RoSP_

### PART I: DETENTION NOTICE – ICA REFERRAL

Part 1: To be completed by the Watch Commander and Administrative Duty Officer when placing an inmate in a detention status.

You will be scheduled to appear before the Institutional Classification Authority on or after _10-3-05_ for:

- [ ] *General Detention**
- [ ] *Pre-Hearing Detention**
- [ ] *Segregation Assignment
- [X] Segregation Review/Release
- [ ] *Segregation Medical Hold
- [ ] *Segregation Mental Health
- [ ] Hearings Officer Referral
- [ ] *Class Level Review
- [ ] Transfer/Security Review
- [ ] Other _____ (Specify)
- [ ] Suspend Exercise Pending ICA (Explain)

Comments: _____

_____

| Authorizing Signature | Name Printed | Date and Time |
|---|---|---|

*Inmate Due Process: You will be permitted to: 1) Be present at the hearing 2) Remain silent 3) Know the reasons for any decisions rendered by the ICA 4) Have your counselor or an employee present to assist you 5) Receive a copy of the written findings and recommendations of the ICA. During hearings based solely on documented Adjustment Hearing Referrals the following is **not** afforded to you: 1) Hearing the Reporting Officer's testimony 2) Cross-examining adverse witnesses 3) Calling and cross-examining witnesses.

This is to certify that I have received a copy of this notice and it was explained to me. I am requesting witness/s to appear on my behalf.

Witness Request   1) _____ 2) _____ 3) _____

Waives rights to 48-hour notice  Yes [ ] No [ ]       I wish to attend.  Yes [ ] No [ ]

X _ACluy_            _9-30-05_          _R. Kegley_             _9/30/05_
Inmate Signature        Date        Witness Signature          Date

**Administrative Duty Officer Review within 72 hours   Date _____ Time _____

- [ ] Approval   [ ] Disapproval   Comments: _____

| Administrative Duty Officer Signature | Name Printed | Date |
|---|---|---|

### PART II: DISPOSITION

Part II to be completed by ICA for all Formal and Informal Hearings.   Hearing Date _10-4-05_

Inmate Statement/Reporting Officer: _trying to get a transfer_ _____

The ICA/PAR recommends: _Seg_ _____

Rationale: _3-9-05  239A   hx of Disruptive Behavior_
_39-05 224; 3-8-05  201; 2-13-05 243_

_J.K. Mc__ _10-04-05_  I received a copy of ICA's recommendation. X _No iNK Pen_
ICA Signature    Date                               Inmate Signature    Date

Administrative Review:  [X] Approved [ ] Disapproved   Comments/Reason: _____

- [ ] Modified/No Action
- [ ] Date Removed from PHD/AGD _____ Days Credit _____

_SD_    _TRACY S. RAY_   _10-10-05_
Warden/Superintendent/Designee Signature    Name Printed    Date

Regional Director/Central Classification Services Review:   Action: _____

| Authorizing Signature | Name Printed | Date |
|---|---|---|

Original – CCR - White
Cc:  Institutional Distribution (including ICR) - Yellow
     Inmate Copy - Pink

To the Court House
Mr. John F. Corcoran or Mr. Morgane Scott Jr.

Mr. Joseph Bowlen # 257850
Rose
P.i. Box 1900
Pound, Virginia

To Mr. John F. Corcaran or Mr. Morgan. Scott Jr.
Chief Deputy Clerks office
United State District Courts House
Western District of VA
PO Box 1234
Roanoke, Virginia 24006    Legal mail

'Gd

Legal mail